IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FARMER FRESH PRODUCE INTERNATIONAL, LLC, | ) ) ) |
| Plaintiff – Counter Defendant, | ) ) |
| vs. | )    CIVIL ACTION NO. 10-0269-CG-B ) |
| PGD PROPERTIES, LLC, et al., | ) ) |
| Defendants – Counter Claimants. | ) ) |

**FINAL JUDGMENT**

In accordance with the court's findings entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of plaintiff, Farmer Fresh Produce International, LLC, and against defendants PGD Properties, LLC, Jeff Parr, Leonard Gilbert and Warren Day, as to Count One of the complaint, and damages are awarded in the amount of $182,805.96.  Counts Two, Three and Four of the plaintiff's complaint are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of counter-claimants, PGD Properties, LLC, Jeff Parr, Leonard Gilbert and Warren Day, and against counter-defendant, Farmer Fresh Produce International, LLC, as to Count Two of the counterclaim, and damages are awarded in the amount of $46,233.57.  Counts One and Three of the counterclaim are hereby **DISMISSED WITH PREJUDICE**.

The court hereby reduces the amount of damages awarded to Farmer Fresh Produce International, LLC by the amount of damages awarded to PGD Properties, LLC, Jeff Parr, Leonard Gilbert and Warren Day; therefore, the total amount of damages awarded to Farmer Fresh Produce International, LLC is $136,572.39.

**DONE and ORDERED** this 13th day of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE